Angel Marti III, SBN 305300
COZEN O'CONNOR
601 S. Figueroa St., Suite 3700
Los Angeles, CA 90017
Tel:    213.892.7900
Fax:    213.892.7999
Email:  amarti@cozen.com

Attorneys for Plaintiff
AMGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AmGUARD INSURANCE COMPANY, a Pennsylvania Company,<br><br>Plaintiff,<br><br>v.<br><br>TIGRAN ANEIAN; A. TEICHERT & SON, INC. dba TEICHERT AGGREGATES; LEAF CAPITAL FUNDING, LLC; A & A READY MIXED CONCRETE, INC. dba PAN PACIFIC CEMENT; SELECT PORTFOLIO SERVICING, INC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER** |

Plaintiff AmGUARD INSURANCE COMPANY ("Defendant" or "AmGUARD"), by and through its undersigned attorneys, for its Complaint in Interpleader, alleges the following:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

**PARTIES**

1.      AmGUARD is an insurance company organized under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania. AmGUARD is duly authorized to do business in the State of California.

2.      Defendant/Insured TIGRAN ANEIAN ("Defendant" or "Insured") is a resident and citizen of the State of California, County of Los Angeles.

3.      Upon information and belief, defendant LEAF CAPITAL FUNDING LLC ("Leaf Capital") is a Delaware corporation with its principal place of business in Delaware.

4.      Upon information and belief, defendant A. TEICHERT & SON, INC. dba TEICHERT AGGREGATES ("Teichert Aggregates") is a California corporation with its principal place of business in California.

5.      Upon information and belief, defendant A & A READY MIXED CONCRETE, INC. dba PAN PACIFIC CEMENT ("Pan Pacific Cement") is a California corporation with its principal place of business in California.

6.      Upon information and belief, defendant SELECT PORTFOLIO SERVICING, INC. ("Select Portfolio") is a Utah corporation with its principal place of business in Utah.

**JURISDICTION AND VENUE**

7.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.  More specifically, AmGUARD is a citizen of Pennsylvania for diversity purposes, and upon information and belief, the Insured and Teichert Aggregates are citizens of California; Leaf Capital is a citizen of Delaware; and Select Portfolio is a citizen of Utah.

8.      This Court also has jurisdiction under 28 U.S.C. § 1335, in that the adverse claimants are of diverse citizenship and the amount in controversy exceeds

**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**

LEGAL\78213638\1

$500.00. There is minimal diversity between the between the claimants under *State Farm Fire & Casualty Co. v. Tashire,* 386 U.S. 523 (1967).

9. Venue is proper in this federal district pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district. Venue is also proper in this Court pursuant to U.S.C. § 1397 because one or more of the claimants resides in this judicial district.

## CAUSE OF ACTION IN INTERPLEADER

10. AmGUARD issued Homeowners Policy No. TIHO366728, effective January 8, 2022, to January 8, 2023, to the Insured (the "Policy"). *See* Ex. 1. The Policy covered the Insured's residence located at 22335 La Quilla Drive, Chatsworth, California 91311 (the "insured residence").

11. The Policy's coverage limits are as follows: Coverage A (Buildings) = $1,789,712.00 with extended limits (additional coverage) of up to 50%; Coverage B (Other Structures) = $178,972.00; Coverage C (Personal Property) = $1,252,798.00; Coverage D (Loss of Use) = $590,605.00. In pertinent part, the Policy contains the following provision:

### SECTION I – CONDITIONS

…

**L. Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence on the mortgages.

….

12. On the Policy's Declaration Page, the mortgagee/lienholder is identified as "Select Portfolio Servicing, Inc., Its Successors and/or Assigns".

13. On December 28, 2022, a fire incident caused extensive damage to the insured residence (the "Fire Incident"). As a result, the Insured submitted an insurance claim to AmGUARD under the Policy.

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

14.    On October 10, 2023, the Insured filed a lawsuit against AmGUARD arising out of the Fire Incident, levying two (2) causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing (the "Insurance Coverage Action").  Although the Insurance Coverage Action was filed in the Los Angeles County Superior Court of the State of California, AmGUARD removed the matter to the United States District Court for the Central District of California (Case No. 2:23-cv-09609-SVW-MAR).

15.    On or around April 1, 2024, AmGUARD and the Insured reached a settlement as to all claims against AmGUARD arising out of the Policy and Fire Incident. More specially, AmGUARD and the Insured agreed to the settle the Insurance Coverage Action for the sum of Four Million One Hundred Thousand Dollars ($4,100,000.00) (the "Settlement Payment"), pending the finalization of required settlement documents and responsibility of each respective party.

16.    While the Plaintiff and AmGUARD were finalizing the settlement agreement, the following Notice of Liens were filed in the Insurance Coverage Action:

    a. On May 6, 2024, Teichert Aggregates filed a Notice of Lien relating to a judgment entered against the Insured on May 2, 2024, for the sum of $418,596.67 (Sacramento County Superior Court Case No. 34-2023-00336244);

    b. On May 7, 2024, Leaf Capital filed a Notice of Lien relating to a judgment entered against the Insured for the sum of $511,442.18 (Los Angeles County Superior Court Case No. 24BBCV00516); and

    c. On December 19, 2024, Pan Pacific Cement filed a Notice of Lien relating to a judgment entered against the Insured on October 31, 2023, for the sum of $642,386.82 (Orange County Superior Court Case No. 30-2023-01312617-CU-BC-CJC).

**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**

LEGAL\78213638\1

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

17. No other Notice of Liens were filed in the Insurance Coverage Action.

18. Under these circumstances, AmGUARD cannot determine factually or legally who is entitled to the Settlement Payment.

19. By reason of the actual or potential claims of the interpleading defendants, AmGUARD is or may be exposed to multiple liability.

20. AmGUARD is ready, willing, and able to pay the Settlement Payment, payable in accordance with the terms of the Policy to whomever this Court shall designate.

21. As a mere stakeholder, AmGUARD has no interest (except to recover its attorneys' fees and cost of this action) in the Settlement Payment and respectfully requests that this Court determine to whom said benefits should be paid.

22. AmGUARD accordingly will deposit into the registry of the Court the Settlement Payment for disbursement in accordance with the judgment of this Court.

23. AmGUARD has not brought this Complaint in Interpleader at the request of any of the Defendants. There is no fraud or collusion between AmGUARD and any of the Defendants. AmGUARD brings this Complaint of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

WHEREFORE, AmGUARD prays that the Court enter judgment:

    a) Requiring the Defendants to answer this Complaint in Interpleader and litigate their claims between themselves for the Settlement Payment;

    b) Requiring that the Defendants settle and adjust between themselves, or upon their failure to do so, this Court settle and adjust the claims and determine to whom the Settlement Payment should be paid;

    c) Permitting AmGUARD to deposit the amount of the Settlement Payment into the Court or as this Court otherwise directs to be the subject to the order of the Court and to be paid out as this Court shall direct;

    d) Discharging AmGUARD from any and all further liability to Defendants relating in any way to the Settlement Payment, Policy, and/or Fire

**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**

LEGAL\78213638\1

Incident upon payment of the Settlement Payment into the Registry of this Court or as otherwise directed by this Court;

e) Enjoining the Defendants from instituting or prosecuting any proceeding in any state or United States court affecting the Settlement Payment and/or the Policy;

f) Awarding AmGUARD its attorneys' fees and costs in their entirety; and

g) Awarding AmGUARD any other and further relief that this Court deems just and proper.

DATED: June 24, 2025                    COZEN O'CONNOR

                              BY:   /s/ *Angel Marti,* III
                                    ANGEL MARTI III
                                    Attorneys for Plaintiff
                                    AMGUARD INSURANCE COMPANY

COZEN O' CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

6

**PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**