JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, a Pennsylvania Company,<br><br>Plaintiff,<br><br>v.<br><br>TIGRAN ANEIAN; A. TEICHERT & SON, INC. dba TEICHERT AGGREGATES; LEAF CAPITAL FUNDING, LLC; A & A READY MIXED CONCRETE, INC. dba PAN PACIFIC CEMENT; SELECT PORTFOLIO SERVICING, INC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05744-MWF(PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has considered the parties' Joint Stipulation for Dismissal with Prejudice. (Docket No. 49). For good cause shown, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: January 16, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1